UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(WESTERN DIVISION)

| | |
|---|---|
| ARTHUR E. LANDRY, individually and on behalf of all other persons similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> PETER PAN BUS LINES, INC., <br><br> Defendant. | Civil No.: 1:09-CV-11012-RWZ |

## FINAL ORDER OF DISMISSAL WITH PREJUDICE UNDER FEDERAL RULE 41(A)

The Parties in the above-referenced matter, by counsel, have filed their Stipulated Dismissal with Prejudice under Federal Rule of Civil Procedure 41(A).

The Court has read this Stipulation and, being duly advised in this matter, now finds that the same should be entered as an Order of this Court.

IT IS THERFORE ORDERED, ADJUDGED AND DECREED by the Court that Plaintiff Arthur Landry's claims against Defendant Peter Pan Bus Lines, Inc. are hereby dismissed with prejudice, costs and fees paid by the respective parties.

ENTERED this 12th day of April, 2010.

RYA W. ZOBEL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record.